Ron Kilgard, AZ Bar No. 005902
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2643
Phone :  602-230-6324
Fax    :  602-248-2822
Rkilgard@KellerRohrback.com
Attorneys for Plaintiff

*Additional Attorneys on Signature Page*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLOTTE WOOD, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>IMH SECURED LOAN FUND, LLC; IMH FINANCIAL CORPORATION; INVESTORS MORTGAGE HOLDINGS INC.; IMH HOLDINGS, LLC; IMH MANAGEMENT SERVICES, LLC; SHANE ALBERS; WILLIAM MERIS; STEVEN DARAK,<br><br>                    Defendants. | No. 2:10-cv-01213-ROS<br><br>**Plaintiff's Motion for a Temporary Restraining Order, Expedited Discovery, and Entry of a Schedule for a Preliminary Injunction Hearing** |

Plaintiff Charlotte Wood moves the Court for:  (1) a temporary restraining order; (2) expedited discovery; and (3) entry of a scheduling order providing a for an expedited discovery schedule, expedited briefing and the scheduling of a preliminary injunction hearing.  This motion is supported by the Declaration of Ron Kilgard (which includes a proposed order as Exhibit E) and Plaintiff's Memorandum of Points and Authorities, both filed this same date.

Dated:  June 8, 2010.

KELLER ROHRBACK, P.L.C.

By:  _/s/ Ron Kilgard_____
        Ron Kilgard

3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2643
Phone: 602-230-6324
Fax: 602-248-2822

The Grant Law Firm, PLLC
Lynda J. Grant
Seven East 35th Street, 12th Floor
New York, NY 10016
Phone: 917-697-8108
Fax: 917-256-1949
(Admission *Pro Hac Vice* Pending)

Lasky & Rifkind, Ltd.
Leigh Lasky
Norman Rifkind
350 N. LaSalle Street
Suite 1320
Chicago, IL  60610
Phone: 312-634-0057
Fax: 312-634-0059
(Admission *Pro Hac Vice* Pending)

Attorneys for Plaintiff