IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charlotte Wood, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMH Secured Loan Fund, LLC, et al.,<br><br>Defendants. | No. CV-10-01213-PHX-ROS<br><br>**OPINION** |

On June 8, 2010, Plaintiff filed a Motion for a Temporary Restraining Order, expedited discovery, and entry of an expedited scheduling order to brief and hear a request for a preliminary injunction (Doc. 6). Having been orally informed by counsel for Defendants that they have been given notice of the Motion and intend to soon make an appearance, the Court will order Defendants to file a responsive brief.

Accordingly,

**IT IS ORDERED** Defendants shall file a response to the Motion for a Temporary Restraining Order by **June 11, 2010** at **12:00 pm.**

**FURTHER ORDERED** Plaintiff shall serve a copy of this Order on Defendants by **June 10, 2010** at 3:00 pm.

1   **FURTHER ORDERED** a hearing on Plaintiff's Motion for a Temporary Restraining
2   Order is set for **June 14, 2010 at 11:30 a.m.**
3   DATED this 10th day of June, 2010.

Roslyn O. Silver
United States District Judge