Ron Kilgard, AZ Bar No. 005902
Gary D. Greenwald, AZ Bar No. 025305
KELLER ROHRBACK, P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2643
Phone : 602-230-6324
Fax : 602-248-2822
Rkilgard@KellerRohrback.com
Attorneys for Plaintiff

*Additional Attorneys on Signature Page*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CHARLOTTE WOOD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>IMH SECURED LOAN FUND, LLC; IMH FINANCIAL CORPORATION; INVESTORS MORTGAGE HOLDINGS INC.; IMH HOLDINGS, LLC; IMH MANAGEMENT SERVICES, LLC; SHANE ALBERS; WILLIAM MERIS; STEVEN DARAK,<br><br>Defendants. | No. 2:10-cv-01213-ROS<br><br>**Plaintiff's Supplemental Memorandum of Points and Authorities in Support of Her Motion for a Temporary Restraining Order, Expedited Discovery, and Entry of a Schedule for a Preliminary Injunction Hearing**<br><br>Hearing Scheduled:<br>June 14, 2010<br>11:30 a.m. |

Plaintiff, Charlotte Wood ("Plaintiff"), submits this supplemental memorandum of points and authorities in further support of her motion for a temporary restraining order and other relief (Doc. No. 6) because of events that have occurred since the filing of that motion.

As is explained more fully below, because of these recent events, Plaintiff seeks to extend the scope of any temporary restraining order to include temporarily restraining the Defendants from taking any steps to consummate the conversion transaction (the "Conversion" or the "Transaction") which is the subject of the Consent Solicitation and Registration Statement on Form S-4. Plaintiff seeks to have the TRO in place until a preliminary injunction hearing is held and the Court has issued a ruling, unless Defendants voluntarily agree to forego taking such actions.

As the Court is aware, this action arises from the announced conversion or "repositioning" transaction of IMH Secured Loan Fund, LLC (the "Fund") into a public company (the "Conversion" or "Transaction"). As alleged in the previously filed class action complaint (the "Complaint"), the Conversion is a self-dealing transaction directed at entrenching the current management of the Fund, and providing it with millions of dollars in benefits. Approval of the Transaction was effected by way of the misleading Consent Solicitation, or Registration Statement on Form S-4, which went effective on May 14, 2010, after nine amendments.

This request is necessary as on June 9 and June 10, Defendants announced by press release and a Form 8-K/A filing, that they were "closing" the vote, and no longer taking any further votes or revocations of prior investor or Unitholder votes, as they purportedly had the necessary votes to approve the Transaction. Defendants further announced that they were voluntarily dismissing the action captioned *IMH Secured Loan Fund, LLC v. David L. Kurtz, an individual, on behalf of himself and all other persons similarly situated*, Case No. 2:10-cv-01071-ROS (the "*Kurtz Action*"). In the *Kurtz*

*Action*, the Defendants sued every investor in the Fund seeking a declaratory judgment that the Transaction is fair and in compliance with the Manager's fiduciary duties, and that the Consent Solicitation was not false and misleading.

According to the Consent Solicitation, the vote on the Transaction was due to close on Monday, June 14, 2010. Since the Consent Solicitation, the IMH Defendants[1] have been engaged in an aggressive campaign, including telephone calls, meetings, and the dissemination of repeated letters and filings, in order to induce or coerce majority approval of the Transaction.[2] Many of these communications contain misleading statements.

This campaign has further included the filing of the *Kurtz Action*, an action against all Unitholders and named defendant, David L. Kurtz, a Unitholder who has voiced vigorous dissent to the Transaction.

On June 9th and 10th -- the day after Plaintiff filed her TRO motion seeking to enjoin the closing of the vote -- Defendants announced that they were in fact closing the vote. Press Release dated June 9, 2010, Item 8.01 Form 8-K Current Report [Amend] (filed with the SEC June 10, 2010) (the "8-K Amended Report"). This was five days before the announced close date of June 14th, thus giving Unitholders less than the 30 days in which to absorb their over 500 page Consent Solicitation and the numerous

---

[1] Investors Mortgage Holdings, Inc. (the "Manager"), IMH Holdings, LLC ("Holdings"), Shane Albers ("Albers"), William Meris ("Meris"), and Steven Darak ("Darak").

[2] At the same time, at least one other group, "The Committee to Protect IMH Secured Loan Fund," has also been engaged in an aggressive drive to gather sufficient votes to remove and replace the Manager, and to have Unitholders who have been misled into voting for the Transaction, rescind their votes.

additional filings that both they and the Committee have disseminated on almost a daily basis since the filing of the Consent Solicitation. The Fund stated in relevant part:

> On behalf of IMH Secured Loan Fund, LLC (the "Fund"), Investors Mortgage Holdings, Inc., the manager of the Fund (the "Manager"), announced that as of 3 p.m. EST, the Fund had received delivery of the requisite number of written consents to approve the Conversion Transactions. . . . ***Effective 3 p.m. today, June 9, 2010 the consent solicitation period is concluded and no more votes or revocations will be accepted after that time pending the verification of the votes and revocations of the independent inspector of elections. Final certified results will be released upon completion of this certification.***

8-K Amended Report (emphasis added).

Additionally, on June 10th, Defendants announced that they were withdrawing the *Kurtz Action*, because they had obtained the requisite vote. In that release they state:

> The Company filed the [Kurtz] complaint in response to potential litigation from this Member [Kurtz]. The suit sought **no** damages and was brought only out of concern regarding actions that Member or others might take to interfere with the consent solicitation process. As matters turned out, the action proved unnecessary. The Company took no action to prosecute it, and in light of the announcement today that the consent solicitation process has come to an end with a vote approving the Conversion Transaction, **the Company is dismissing the action**.

Form 425, filed with the SEC June 10, 2010 (emphasis in original).

As Plaintiff asserted in her previously filed papers, the *Kurtz Action* was brought merely for its *in terrorem* effect, to discourage any Unitholder from voicing legitimate opposition to the Transaction. Now that they have been able to coerce a vote on the Transaction, Defendants are voluntarily dismissing the action.

In light of Defendants' decision to "close" the vote days earlier than originally announced to Unitholders[3], despite the fact that there is an on-going campaign to have Unitholders' rescind their votes, a TRO application, and no certification that Defendants obtained the requisite vote, Plaintiff requests that her application for a TRO be extended to prevent Defendants from taking any further steps to effect the Conversion Transaction.

Dated: June 10, 2010.

KELLER ROHRBACK, P.L.C.

By: */s/ Ron Kilgard*
Ron Kilgard
Gary D. Greenwald

3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2643
Phone: 602-230-6324
Fax: 602-248-2822

THE GRANT LAW FIRM, PLLC
Lynda J. Grant
Seven East 35th Street, 12th Floor
New York, New York 10016
Phone: 917-697-8108
Fax: 917-256-1949
lgrant@grantfirm.com
(Admission *Pro Hac Vice* Pending)

LASKY & RIFKIND, LTD.
Leigh Lasky
Norman Rifkind
350 N. LaSalle Street
Suite 1320

[3] Defendants did maintain discretion to close the vote later or earlier than June 14th, in the Consent Solicitation.

Chicago, Illinois 60610
Phone: 312-634-0057
Fax: 312-634-0059
lasky@laskyrifkind.com
(Admission *Pro Hac Vice* Pending)

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following, in the manner indicated:

CM/ECF registrants:

Michael C. Manning
Jeffrey J. Goulder
STINSON MORRISON HECKER LLP
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004
mmanning@stinson.com
jgoulder@stinson.com
Attorneys for Defendants

E-Mail:

Seth Aronson
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
saronson@omm.com

Roberta H. Vespremi
O'MELVENY & MYERS, LLP
2765 Sand Hill Road
Menlo Park, California 94025
rvespremi@omm.com

Attorneys for Defendants

By: *__/s/ Karen Trumpower_____*